UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNA JANE WATTS,

    Plaintiff,

v.                                        Case No. 3:15-cv-756-J-39MCR

CITY OF JACKSONVILLE, FLORIDA,
PAMELA ABBOUD, and BRIJIN
PEMBERTON,

    Defendants.
_____/

## CERTIFICATION

**THIS MATTER** is before the Court on the Amended Notice Pursuant to F.R.C.P. 5.1 (Doc. 8) filed by Defendant, City of Jacksonville, Florida. Defendant properly provided notice of its challenge to the constitutionality of the Driver's Privacy Protection Act of 1994, 18 U.S.C. § 2721, *et seq.* (<u>See</u> Doc. 8); Fed. R. Civ. P. 5.1(a). Accordingly, pursuant to Federal Rule of Civil Procedure 5.1(b) and 28 U.S.C. § 2403, this Court certifies to the Attorney General of the United States of America that a federal statute has been questioned.

**DONE** and **ORDERED** in Jacksonville, Florida this 30th day of November, 2015.

BRIAN J. DAVIS
United States District Judge

mw
Copies furnished to:

Counsel of Record

The Honorable Loretta E. Lynch
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC, 20530-0001

Attorney General of the United States
c/o U.S. Attorney's Office
Middle District of Florida, Jacksonville Division
300 N. Hogan Street
Suite 700
Jacksonville, FL, 32202